IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEGGY DUTTON,

        Plaintiff,                No. CIV S-05-2412 CMK

       vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,    ORDER TO SHOW CAUSE

        Defendant.

        Defendant has filed an answer in this action. Pursuant to the scheduling order, the time has now passed for plaintiff to file a motion for summary judgment and/or motion for remand. (Doc. 5-1, 2:12-13.) The court has no record of any requests for an extension of time to file such. The parties were advised in the scheduling order that the court is not responsible for reminding them of scheduling deadlines and that failure to adhere to the schedule may result in sanctions, including dismissal. L.R. 11-110. Plaintiff also was advised that plaintiff has an affirmative duty to prosecute this action, and that failure to do so may result in a dismissal for lack of prosecution. Fed. R. Civ. P. 41(b).

/////

/////

/////

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff show cause, in writing,
2 no later than ten days from the date of this order, why this action should not be dismissed for
3 failure to prosecute.

5 DATED: November 8, 2006.

                                                      **CRAIG M. KELLISON**
                                                      UNITED STATES MAGISTRATE JUDGE