IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEGGY DUTTON,

      Plaintiff,                              No. CIV S-05-2412 CMK

   vs.

JO ANNE B. BARNHART,
Commissioner of Social Security,        Order Discharging Order

      Defendant.                        To Show Cause

        By order filed November 9, 2006, the court ordered that plaintiff show cause why this case should not be dismissed for failure to prosecute. Specifically, in the order, the court noted that plaintiff had failed to file a motion for summary judgment as required by the scheduling order.

        On November 20, 2006, plaintiff, through her counsel, responded to the order to show cause and filed her motion for summary judgment.

        Accordingly, the court will discharge the order to show cause.

        IT IS ORDERED that the November 9, 2006, order to show cause is discharged.

DATED: November 28, 2006.

                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE